**STATE of Missouri, Respondent,**

v.

**Dwayne Q. SHELTON, Appellant.**

**No. ED 98970.**

Missouri Court of Appeals,
Eastern District,
Division Three.

May 13, 2014.

Edward Scott Thompson, Missouri Public Defender Office, St. Louis, MO, for appellant.

Chris Koster, Attorney General, Andrew C. Hooper, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before MARY K. HOFF, P.J., SHERRI B. SULLIVAN, J., and KURT S. ODENWALD, J.

### ORDER

PER CURIAM.

Dwayne Q. Shelton (Defendant) appeals the judgment of conviction entered by the Circuit Court of the City of St. Louis after a jury found him guilty of first-degree statutory sodomy in violation of section 566.062. Defendant claims the trial court erred by submitting the verdict director to the jury because the instruction violated his right to a unanimous jury verdict under article I, section 22(a) of the Missouri Constitution and *State v. Celis–Garcia*, 344 S.W.3d 150 (Mo. banc 2011).

We have reviewed the briefs of the parties and the record on appeal and find no error. No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. We have, however, prepared a memorandum opinion for the use of the parties only setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 30.25(b).